THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR17-320JLR |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING STIPULATED |
| v. | ) | MOTION TO REVOKE DETENTION |
| | ) | ORDER AND CONTINUING |
| EVERARDO CRUZ, | ) | SUPERVISED RELEASE HEARING |
| | ) | |
| Defendant. | ) | |

This matter having come before the Court on the parties' Stipulated Motion to Revoke Detention Order and Continue Supervised Release Hearing, and after having reviewed the records and files herein, the Court hereby GRANTS the parties' motion and ORDERS that the detention order is revoked in favor of an appearance bond.

Mr. Cruz shall be released on an appearance bond on March 28, 2022, to participate in the Pioneer Center North in-patient treatment program approved by Probation.

The supervised release evidentiary and disposition hearing currently scheduled for March 28, 2022, is continued to Tuesday, May 24, 2022 at 10:15 a.m.

//

//

ORDER GRANTING STIPULATED
MOTION TO REVOKE DETENTION ORDER
(*United States v. Cruz*, CR17-320JLR) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

1    All standard and special conditions of supervised release previously ordered by

2    the Court will remain in effect pending disposition of the alleged supervised release

3    violations.

4    IT IS SO ORDERED.

5    DONE this 23rd day of March 2022.

6

7

8    _____

9    THE HONORABLE JAMES L. ROBART
     UNITED STATES DISTRICT COURT

10

11   Presented by:

12

13   s/ *Corey Endo*
     Assistant Federal Public Defender
     Attorney for Everardo Cruz

14

15   s/ *Jessica M. Manca*
     Assistant United States Attorney

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING STIPULATED
MOTION TO REVOKE DETENTION ORDER
(*United States v. Cruz*, CR17-320JLR) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**